| | |
|---|---|
| Vedder Price (CA), LLP<br>Michelle Landry, Bar No. 190080<br>mlandry@vedderprice.com<br>275 Battery Street, Suite 2464<br>San Francisco, California 94111<br>T: +1 415 749 9500<br>F: +1 415 749 9502<br><br>Attorneys for Defendant<br>AVANT, INC. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VANESSA WRIGHT,<br><br>          Plaintiff,<br><br>     v.<br><br>AVANT, INC.,<br><br>          Defendant. | Case No. 2:19-CV-00375-MCE-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR AVANT, INC. TO RESPOND TO COMPLAINT**<br><br>Stipulation to Extend Time to Respond to Initial Complaint by More Than 28 days (L.R. 144 (a))<br><br>Complaint served: April 19, 2019<br>Current response date: May 10, 2019<br>New response date: June 10, 2019 |

Vedder Price (CA), LLP
Attorneys at Law
San Francisco

SAN_FRANCISCO/#70592.2

STIP & ORDER EXTENDING DEF'S TIME
TO RESPOND
[CASE NO. 2:19-CV-00375-MCE-EFB]

Defendant Avant, Inc. ("Defendant") and Plaintiff Vanessa Wright ("Plaintiff"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on March 4, 2019;

WHEREAS, on April 19, 2019, Defendant was served with the Complaint;

WHEREAS, Defendant's response to the Complaint is currently due on May 10, 2019;

WHEREAS, the Parties have agreed to extend the date by which Defendant must respond to the Complaint by answer or any appropriate motion, by thirty (30) days to June 10, 2019;

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record that Defendant's time to respond to the Complaint is extended by thirty (30) days, to and including, June 10, 2019.

I, Michelle Landry, attest that all other signatories listed, and on whose behalf the filing is submitted, concur I the filing's content and have authorized the filing.

Dated: May 3, 2019                VEDDER PRICE (CA), LLP


By:/s/Michelle Landry
    Michelle Landry

Attorneys for Defendant
AVANT, INC.

Dated: May 3, 2019                GAJP, P.C.


By:/s/ Scott M. Johnson
    Scott M. Johnson

Attorneys for Plaintiff
VANESSA WRIGHT

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIP & ORDER EXTENDING DEF'S TIME
TO RESPOND
[CASE NO 2:19-CV-00375-MCE-EFB]

SAN_FRANCISCO/#70592.2

**ORDER**

The Parties having so stipulated, Defendant's time to respond to the Complaint is hereby extended by thirty (30) days, to and including, **June 10, 2019**.

IT IS SO ORDERED.

Dated: May 6, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SAN_FRANCISCO/#70592.2

- 3 -

STIP & ORDER EXTENDING DEF'S TIME
TO RESPOND
[CASE NO 2:19-CV-00375-MCE-EFB]